# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 FEB 12 AM 11:30

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 0399**

The person charged as __MERCADO, Francisco__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Western__ District of __Texas__ on __06/08/06__ with: __Title 21 USC 846 &(a)(1) & 843(b)__ in violation of:

**Count 1: Conspirac to Possess A Controlled Substance with Intent to Distribute**
**Count 2: Possession with Intent to Distribute a Controlled Substance**
**Count 3: Use of a Communication Facility**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __02/12/08__

_Paul Beal_
CI -Deputy United States Marshal

Reviewed and Approved
DATE: 2/12/08

_[signature]_
Assistant United States Attorney

unsealed 2/12/08
~~SEALED~~

JUDGE PHILIP MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **FRANCISCO MERCADO**, <br><br> Defendant. | ~~SEALED~~ <br><br> CRIMINAL NO. EP-06-CR-_____ <br><br> INDICTMENT <br><br> CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; <br> CT 2: 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance <br> CT 3: 21:843(b)-Use of a Communication Facility |

THE GRAND JURY CHARGES:

**EP06CR2047**

**COUNT ONE**
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(vii))

That on or about January 1, 1997, through and including June 30, 2002, in the Western District of Texas, and elsewhere, Defendant,

**FRANCISCO MERCADO**,

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, he conspired to possess a controlled substance, which offense involved 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court.
By: _____
Deputy

## COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(vii))

That on or about March 12, 2002, in the Western District of Texas, and elsewhere, Defendant,

**FRANCISCO MERCADO,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

## COUNT THREE
(21 U.S.C. § 843(b) & 18 U.S.C. § 2 & 3 )

That on or about January 1, 1997, through and including June 30, 2002, in the Western District of Texas, in the Central District of California, and elsewhere, Defendant,

**FRANCISCO MERCADO,**

knowingly and intentionally used a communication facility, to wit: a telephone, in causing or facilitating the commission of acts constituting a felony under the Controlled Substance Act, to wit, conspiracy to possess with intent to distribute marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2 & 3.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

U.S. Department of Justice
United States Attorney

FILED

2006 JUN -7 PM 1:58

WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

# United States District Court
## Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. EP-06-CR- |
| v. ) | |
| ) | |
| FRANCISCO MERCADO, ) | **EP06CR2047** |
| ) | |
| Defendant. ) | |

### ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named Defendant, it is hereby ORDERED that warrant issue for the arrest of said Defendant, returnable instanter to the El Paso Division of this Court.

ENTERED at El Paso, Texas, this **7TH** day of **June**, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

The United States Attorney recommends the following bail:

| Defendant | Recommended Amount of Bail |
|---|---|
| **FRANCISCO MERCADO** | Detain Without Bond |

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court.
By: _____
Deputy

REV05/06

unsealed 2/12/08

~~SEALED~~

JUDGE PHILIP MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2006 JUN -7 PM 1:56

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | NO. EP-06-CR- |
| FRANCISCO MERCADO, | ) | |
| Defendant. | ) | **EP06CR2047** |

### ORDER TO SEAL INDICTMENT

On this date came on to be considered the Government's Motion to Seal the Indictment and the Court having considered the same, is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, the Indictment be, and is hereby SEALED, until further order of the Court or until defendant is arrested.

SIGNED and ENTERED this 7TH day of June, 2006.

_Richard P. Mesa_
UNITED STATES MAGISTRATE JUDGE

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court,
By: _____
Deputy

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

UNITED STATES OF AMERICA

V.

FRANCISCO MERCADO

**WARRANT FOR ARREST**

Case Number: EP-06-CR-2047-PRM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __FRANCISCO MERCADO__
                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

Count 1 - Conspiracy to Possess a Controlled Substance with Intent to Distribute

Count 2 - Possession with Intent to Distribute a Controlled Substance

Count 3 - Use of a Communication Facility

in violation of Title __21__ United States Code, Section(s) __846 & 841(a)(1) and 843(b)__

WILLIAM G. PUTNICKI
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

6/8/2006
Date

El Paso, TX
Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |