1  DONOVAN J. DUNNION
   Attorney at Law
2  402 West Broadway 27th Floor
   San Diego, California 92101
3  (619) 231-8688
   California Bar# 70713
4
5
6

FILED

FEB 26 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7  Attorney for Defendant
   FRANCISCO MERCADO
8
9
10              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
11
12
13 UNITED STATES OF AMERICA,          )  Case No. 08 MJ 0399
                                      )
14              Plaintiff,             )  SUBSTITUTION OF ATTORNEY
                                      )
15 v.                                  )
                                      )
16 FRANCISCO MERCADO                   )
                                      )
17              Defendant.             )
                                      )
18 _____)
19
20     Defendant _FRANCISCO MERCADO_ hereby makes the following substitution of
21 Donovan J. Dunnion, attorney at law  402 West Broadway, San Diego, CA 92101  as his
22 attorney of record in place and stead of Victor Pippins, Attorney at Law 225 Broadway Suite
23 900 San Diego, California. (619) 234-8467.
24
25 Date: Feb 24, 2008           I consent to this substitution.
26
27                                  _____
                                            Defendant
28 ///

1

08MJ0399

Date: Feb. 26, 2008                I consent to this substitution.

_____
VICTOR PIPPIN


Date: Feb. 24, 2008                I accept this substitution.

_____
DONOVAN J. DUNNION
Attorney for Defendant

email:dunnionlawoffice@yahoo.com

It is so ordered

*[signature]*
2/26/08