RECEIVED

MAR 1 7 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
2008 MAR 21 PM 3: 48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNH_____DEPUTY

PLEASE RECEIPT AND RETURN

W. Samuel Hamrick, Jr.
Clerk of Court

March 10, 2008

Clerk, U.S. District Court
Texas Western District Court
655 East Durango Boulevard
San Antonio, TX 78206

Re:   08mj399-AJB, USA v. Mercado

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| __X__ | Docket Sheet | __X__ | Warrant of Removal |
| __X__ | Complaint | ____ | Order of Removal |
| ____ | Minute Order Appointing Counsel | ____ | Detention Order |
| ____ | Corporate Surety Bond | ____ | Waiver of Removal |
| ____ | Personal Surety Bond | | |
| ____ | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

K. HAMMERLY

By: _____
      K. Hammerly, Deputy Clerk